UNITED STATES FEDERAL DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

FILED - GR
April 24, 2023 1:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB /4/25

Tonya ahmed, et.al.

    Petitioner/Real party in interest,

    Authorized Representative,

1:23-cv-418
Robert J. Jonker
U.S. District Judge

v.               Pleading Special Matters FRCP Rule 9(d)

15 U.S.C. §77aaa, et. Seq.

STATE OF MICHIGAN: [CENTERVILLE MI.] et.al.

ALL ['JUDGES'] OF AND FOR CENTERVILLE MI. &

ST. JOSEPH COUNTY, MI. (Joint & Severable),

MICHIGAN MUNICIPAL RISK MANAGEMENT AUTHORITY; et.al.; et. Seq..

    Respondent(s)/Defendants.

_____/

**PETITION AND COMPLAINT AGAINST**

**A STATE MUNICIPALITY(S)**

_____

22

23

24 Comes now the real party in interest: TONYA AHMED, et.al. by
25 special appearance with help from special counsel. The County of
26 St Joseph Michigan has and holds my private property, to wit:
27 BRAD LEE JOHNSON / Brad Lee Johnson.... I do not consent; and
28 hereby move this Honorable Court to Order immediate release
29 and/or go to trial pursuant to 12 U.S.C. §632. Petitioner has
30 "NOTICED" U.C.C. §1-202 all parties in interest; including but not
31 limited to, inter alios, the U.S. Trustee in Grand Rapids Michigan;
32 and the Michigan Attorney General's Office...

33 The following are evidence F.R.Civ.P. Rule(s) 10(c) and 15(c)
34 attached and incorporated by reference; This is a claim and demand
35 for release of my personal property{BRAD LEE JOHNSON/Brad
36 Lee Johnson. CORPORATE GOVERNANCE/ CORPORATE
37 BYLAWS WITHOUT STANDING !!!!!

38 Copies OF THESE DOCUMENT WILL BE PRESENTED BY
39 REGISTERED CERTIFIED MAIL, PRE-PAID FIRST CLASS

40 This document is executed under sworn oath and Jarat; under
41 penalty of perjury, by and before a Notary Public MCL 565.261;
42 MCL 565.451a; MCLS 565.463    *S/ TONYA AHMED appeared
43 personally before me this ___19___ day of April 2023 A.D.

44 PETITIONER _[signature: Tonya Ahmed]_ NOTARY

2

_[signature]_
JOSHUA MARK BOHM
Notary Public, St. Joseph County, MI
My Commission Expires December 8, 2028

**FROM:**

TONYA AHMED
340 W. Main St. #22
Centerville Michigan

UCC §1-308



**TO:** Filing Clerk

UNITED STATES DISTRICT CO
Western District of Michigan
110 Michigan St. NW
Grand Rapids Michigan
49503