**1**

Attachments
F.R.Civ.P. Rule 10(c), 15(c)
Pg 1 of 7

## — COMMERCIAL PROTEST —

**ABA** = abbr. 1. AMERICAN BAR ASSOCIATION. 2. AMERICAN BANKER'S ASSOCIATION Black's Law 7th Ed. pg. 1.

Note (U.C.C. §1-202) these are "interchangeable" (See: BAR)

**Acquiescence** — 1. a "Persons" tacit or passive acceptance — "implied Consent" — to an act. 2. International Law: Calls for a protest to assert, preserve, or Safeguard "Rights" (grounded in Equity) Black's Law 7th Ed. pg. 23.

**B.A.R.** (State BAR, etc.) Banker's Accreditation Registry

F.R.Civ.P. Supp. Rule 9(d) — Official Document or Act

Michigan Admin. Code(s): R 325.161 Definitions: Rule 1, (e) **MCIR** — Mich. Care improvement Registry — a Registry of Health and other information

**Business Records as Evidence Act** (28 U.S.C. §1732) Also see: (21 A.L.R. 2d 773, 27 A.L.R. 1439) Admissibility of Hospital Records: 75 A.L.R. 378, 120 A.L.R. 1124.

**TRUST INDENTURE ACT** (15 U.S.C. §77aaa) U.C.C. @ Article 7, 2A-23 Debtor — Creditor Law 23. Syn @ 23.01 et. seq.

Uniform Commercial Code (U.C.C.) @ Article 7 governs Documents of Title - Document of Title defined:

: [T]he U.C.C. Combines under the Label "Documents of Title" a wide varity of instruments with specificity a "document of title" includes:

: A Bill of Lading, dock warrant, dock receipt, warehouse receipt, and a delivery order, as well as any other document which in the regular course of business or financing is treated as adequately evidencing that the PERSON in possession of it is entitled to receive, hold or dispose of the document and the "goods" it covers See: "goods" U.C.C. §9102(a)(44)(iii) and U.C.C. §10-104

> **In this article:** §9102(a)**(44):** "**Goods**" means all things that are movable when a security interest attaches. The term includes (i)fixtures, (ii) standing timber that is to be cut and removed under a conveyance or contract for sale, **(iii) the unborn young of animals**, (iv) crops grown, growing, or to be grown, even if the crops are produced on trees, vines, or bushes, and (v) manufactured homes. The term also includes a computer program embedded in goods and any supporting information provided in connection with a transaction relating to the program if (i) the program is associated with the goods in such a manner that it customarily is considered part of the goods, or (ii) by becoming the owner of the goods, a person acquires a right to use the program in connection with the goods. The term does not include a computer program embedded in goods that consist solely of the medium in which the program is embedded. The term also does not include accounts, chattel paper, commercial tort claims, deposit accounts, documents, general intangibles, instruments, investment property, letter-of-credit rights, letters of credit, money, or oil, gas, or other minerals before extraction. Also see:

U.C.C. §10-104: LAWS NOT REPEALED Article 7 "does not" repeal or MODIFY any Laws prescribing form or Content of documents of Title — (Cont.)

(UCC 10-104, CONT.): — or the Services or facilities to be afforded by "Bailee's" or other Regulating bailees' business in respect not specifically dealt with herein. But the fact that such Laws are violated does "Not" affect the status of a "document of title" which otherwise Complies with the definition of document of title. See U.C.C. Article 7; 2A-23 Debtor/Creditor Law.

"Mixed WAR": A government (U.S. 28 USC 3002(15)(A)) at war with its own people. BLAK'S 7th Ed. pg. 1577. War on Drugs, Poverty, hunger, etc.

Trading With the Enemy Act [TWEA] under WAR and National Defense, the Confication Act; the Reconstruction Act, the Social Security Act and the Lieber Codes were all tied together to Create the Secret fascist government of the United States 28 U.S.C. §3002(15)(A) and the Trust Indenture Act; 15 U.S.C. §77aaa; (Slavery under Color-of-Law)

U.S. Const. Art I:10:1 — Prohibited from making any thing but Gold & Silver Coin a tender in payment of Debts both public & private.

But see; Federal Reserve Act was designed and written by: "Paul Warburg" — a Sabbatean German Jewish Banker — This Legislation was/is designed to Control the finances of the Corporation (U.S.A.) 28 U.S.C. §3002(15)(A) from Europe. (CONT.)

(Federal Reserve Act (cont)): The Federal Reserve Act is (Approx) 1500 pages and places the Currency and finances for the United States under the Control of the <u>Private Federal Reserve</u> (I.M.F/U.N) Congress passed a Resolution H.R. 1491 and 4960 secretly relinquishing Our right to have or accumulate gold or Silver. see: 67 U.Cin. L. Rev. 393. This established a UNITED STATES PERSON 26 U.S.C. §7701(a)(30) —

The term "United States PERSON" means:

A. a "Citizen" or "Resident" of the United States

B. a domestic partnership See: MCLS 449.1 et.seq.

C. a domestic Corporation see: 12 U.S.C. 8611

D. any estate other than a foreign estate

E. any Trust if: (see: "Trust" Black's 7th p. 1513, and the Trust Indenture Act)

(i) - a court within the United States is able to exercise primary supervision over the administration of the Trust; and,

(ii) One or more United States' Persons have the authority to Control all substantial decesions of the trust: 15 U.S.C §77aaa. [TIA] Slavery under Color-of-Law...

PERSON (Blacks Law 7th. p.1162): 1. A human being. 2. An entity (such as a Corporation) that is recognized by Law as having the rights & duties of a human being

ARTIFICIAL PERSON (p. 1162): An entity such as a Corporation, Created by Law and given Certain legal [rights] and [duties] of a human being... a being real or imaginary, who for the purpose of legal reasoning is treated more or less as a human being

Legal Person: "Artificial person."

\* The "Trust Indenture Act" 15 U.S.C. §77aaa, et. seq. is at best Larceny by Trickery /:RICO and at worst a Mixed War and Treason...

SLAVERY: (Black's 7th p.1393) 1. A situation in which one person has absolute power over the life, fortune, and liberty of another. 2. The practice of keeping individuals in such a state of bondage or servatude. (e.g. 15 U.S.C. §77aaa, et.seq.)
• Slavery was outlawed by the XIII Amendment.

MUNICIPALITY (Black's 7th p. 1037): A City or Town or other political entity formed by Charter from the State and having the autonomous authority to administer the States local affairs. cf: Municipal Corporation. Cf. 28 U.S.C. §3002(15)(A) et seq.
\* The Constitution and those things executed comfortable with the Constitution is still the Law of the Land, i.e. America (US of A).

Everything these Corporations do is called Public Policy — is nothing more than Corporate bylaws. Color-of-Law...

<u>Municipal Courts</u> are nothing more than Clearing Corporate. See: 12 U.S.C. §214.1, et. seq. (Regulation "N") 12 U.S.C. §§611-631 (Section 25 and 25A of the federal Reserve Act (see definitions) "BANK": 26 U.S.C. §582, 584, and 12 U.S.C. §230, i.e., Laws applicable to Credits, Guarantees, and Bonds (§230.01 Parties to Judicial proceedings & [Judges] CF: Brokers/Factors - under federal Securities Laws.

A so-called [Judge] under Color-of-Law executes a Constructive Trust [*15 USC §77aaa, et. seq.] (Equitable) under the [*TIA] The so-called [Judge] acts as a Broker/Clearing Corporation [See: ABA & BAR, supra] these [Judge's] provide Clearing and Settlement Services. **NOTICE** (UCC §1-202) OF: Michigan Const. 1963 Article VI:19:1 [quote] Justices and Judges of Courts of Record are PERSONS who **MUST** be Licensed in this State!

BAR = <u>B</u>ankers <u>A</u>ccreditation <u>R</u>egistry; State BAR, ABA, are "NOT" Licensing authorities neither is the Michigan Supreme Court = Material Fraud and Misrepresentation

Children are taken (as "goods" inter alia) in "Loco Parentis" by the de facto government (STATES) who initiate the schemes ⟨or⟩ turn a blind eye - against lawful oath of office.