UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA AHMED,

    Plaintiff

v.

    File no: 1:23-cv-418

    HON. ROBERT J. JONKER

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 17, 2023 (ECF No. 8). The Report and Recommendation was duly served on Plaintiff. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this action is **dismissed without prejudice** for Plaintiff's failure to prosecute and failure to comply with the Court's orders.

Dated: August 10, 2023

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE